454 A.2d 158

Medleycott, Appellants v. Harris, Esq., et al.

Petition for Allowance of Appeal
Denied April 4, 1983.

Argued May 5, 1981.

Gary Green, for appellants;  Frederick Smith, for appellees.

Before CERCONE, P.J., SPAETH and CAVANAUGH, JJ.

The order of the lower court is affirmed.

SPAETH, J., concurred in the result.

CAVANAUGH, J., filed a memorandum concurring and dissenting statement.

454 A.2d 159

North Branch, Inc. v. Boland, et al., Appellants.

Submitted December 16, 1981.  Roger S. Simon, for appellant;  John Kocsis, for appellee.

Before McEWEN, JOHNSON and WATKINS, JJ.

The order of the learned Bradford County President Judge Evan S. Williams is affirmed.